IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NOS.: 7:09-CR-52-BO-1
7:09-CR-52-BO-2

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| vs. | ) | REASSIGNMENT ORDER |
| | ) | |
| Jose Manuel-Calixt Mendez (1) | ) | |
| Robert Alexander Hubbard (2) | ) | |

At the direction of the Court and for the continued efficient administration of justice, the above captioned case is hereby reassigned to the Honorable Louise W. Flanagan, U.S. District Judge to conduct all proceedings in this matter. All future pleadings should reflect the revised case numbers **7:09-CR-52-FL-1 and 7:09-CR-52-FL-2.**

SO ORDERED, this the 6th day of August, 2012.

*/s/ Julie A. Richards*
Clerk of Court